# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW M. GALLEGOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00227 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 30, 2017<br>(Doc. 12) |

On August 30, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute the action and failure to comply with the scheduling order, which required Plaintiff to serve a confidential letter brief upon Defendant. (Doc. 12 at 2) In the alternative, Plaintiff was directed to file proof of service of the confidential letter brief within fourteen days. (*Id.*) On September 1, 2017, Plaintiff filed a proof of service, indicating Defendant had been served with the confidential letter brief on August 9, 2017. (Doc. 13) Accordingly, the Court **ORDERS** that the order to show cause dated August 30, 2017 (Doc. 12) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated: __**September 6, 2017**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE