# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANDREW GALLEGOS, | ) Case No.: 1:17-cv-0227- JLT |
|---|---|
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| v. | ) (Doc. 19) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On November 26, 2017, the parties stipulated for an extension of time for Defendant to file a response to the opening brief. (Doc. 19) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties. (Doc. 6-1 at 4) Defendant asserts additional time is necessary "to expend the necessary time to review the record and to evaluate the issues Plaintiff raised." (Doc. 19 at 2) Based upon the stipulation of the parties, and good cause appearing, the Court **ORDERS:**

1. The request for an extension of time is **GRANTED**; and

2. Defendant **SHALL** file a response to the opening brief no later than **January 3, 2018**.

IT IS SO ORDERED.

Dated: **November 27, 2017**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE